NORA GRIBBIN, Appellant, *v.* LEON S. MYGATT, Respondent, et al.,
Defendants.

Submitted January 4, 1954; decided January 22, 1954.

*E. F. W. Wildermuth* for motion.

*Charles I. Sterling* opposed.

Motion granted and E. F. W. Wildermuth, Esq., of Jamaica, New York, assigned as counsel to the appellant on the appeal herein.  [See 306 N. Y. 671.]